NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1130

ORION IP, LLC,

Plaintiff-Appellee,

v.

HYUNDAI MOTOR AMERICA,

Defendant-Appellant.

Appeal from the United States District Court for the Eastern District of Texas in case no. 6:05-CV-322, Judge Leonard Davis.

ON MOTION

Before GAJARSA, LINN, and PROST, Circuit Judges.

PROST, Circuit Judge.

## O R D E R

Hyundai Motor America moves for a stay of execution of the monetary judgment entered by the United States District Court for the Eastern District of Texas, provided that Hyundai posts a $25 million supersedeas bond pursuant to Fed. R. Civ. P. 62(f). Orion IP, LLC responds and states that it does not oppose a stay of execution of the judgment if Hyundai posts a $25 million bond. Hyundai replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Hyundai shall post a $25 million bond within 15 business days of the date of filing of this order.

FOR THE COURT

**FEB   9 2009**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 9 2009

JAN HORBALY
CLERK

cc:   Kenneth C. Bass, III, Esq.
      Gene C. Schaerr, Esq.

s8

2009-1130

- 2 -